Robert E.L. Bonaparte, OSB #883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB #036013
Email: stephen@bonaparte-leggatt.com
Bonaparte & Leggatt, LLC
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
*Attorneys For Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DAVID CHEN and RUKAIYAH ADAMS, | ) | Case No.: 3:25-cv-01002-IM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| v. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has

been fully compromised and settled between them and the same may be dismissed with

prejudice and without attorney fees and costs.

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED.

Dated June 19, 2026.

BONAPARTE & LEGGATT, LLC

By: s/ Robert E.L. Bonaparte
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
One SW Columbia Street, Suite 460
Portland, Oregon 97204
Telephone: (503) 242-0005
*Attorneys for Plaintiffs*

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Sally S. Kim
Sally S. Kim, OSB #122253
E-mail: sallykim@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
*Of Attorneys for Defendant*

## ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with

prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED: June 30, 2026

/s/ Karin J. Immergut
United States District Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

/s/ Robert E.L. Bonaparte
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
*Attorneys For Plaintiffs*

Page 2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE